# – Exhibit C –

Declaration of Lauren G.S. Riker

*United States v. AT&T Inc. et al.*, No. 17-cv-02511-RJL

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>AT&T INC., DIRECTV GROUP<br>HOLDINGS, LLC, and<br>TIME WARNER INC.,<br><br>　　　　　*Defendants*. | Case No. 1:17-cv-02511-RJL |

**DECLARATION OF LAUREN G.S. RIKER**

1. Attached is a true and correct copy of the article *AT&T to DOJ: 'We're Prepared to Litigate Now' on Time Warner* by FMR from November 9, 2017, as it appeared on the website of Financial Market Research (http://www.financial-marketresearch.com/att-to-doj-were-prepared-to-litigate-now-on-time-warner/) on November 28, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 28, 2017　　　　　　　　　/s/ Lauren G.S. Riker

　　　　　　　　　　　　　　　　　　　　Lauren Riker
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　U.S. Dept. of Justice, Antitrust Division
　　　　　　　　　　　　　　　　　　　　450 Fifth Street, NW, Suite 4000
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530

1

http://www.financial-marketresearch.com/att-to-doj-were-prepared-to-litigate-now-on-time-warner/

NOVEMBER 9, 2017          Sing In



**FINANCIAL**
MARKET RESEARCH

Homepage  >  Financial  >
AT&T to DOJ: 'We're prepared to litigate now' on Time Warner

## AT&T to DOJ: 'We're prepared to litigate now' on Time Warner

by FMR     19 Days ago     Comments Off



Randall Stephenson, chief executive officer of AT&T Inc., speaks during a House Judiciary

Subcommittee hearing in Washington, D.C., U.S., on Tuesday, June 24, 2014. AT&T Inc. plans

to buy DirecTV for $48.5 billion, gaining more than 38 million video subscribers at home and in

Latin America and stepping up an acquisition-fueled overhaul of the $110 billion U.S. pay-TV industry. Photographer: Andrew Harrer/Bloomberg *** Local Caption *** Randall Stephenson

AT&T is ready to go to court against the Justice Department to defend the telecom giant's $85 billion megadeal for Time Warner, according to its top executive.

"Since the day this deal was announced, we have been preparing for litigation," said AT&T chief executive Randall Stephenson, at a conference Thursday hosted by the New York Times. "If we're going to go to litigation, our preference would be 'sooner is better,' and we're prepared to litigate now."

Stephenson's remarks are likely to put pressure on antitrust officials who have been weighing a lawsuit intended to block the massive acquisition.

Source:: http://www.washingtonpost.com/blogs/the-switch/wp/2017/11/09/att-to-doj-were-prepared-to-litigate-now-on-time-warner/