UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>AT&T INC.,<br><br>DIRECTV GROUP HOLDINGS, LLC, and<br><br>TIME WARNER INC.,<br><br>               Defendants. | Case No. 17-CV-2511 (RJL) |

**MOTION OF THE WALT DISNEY COMPANY FOR**
***PRO HAC VICE* ADMISSION OF ROBERT ADDY VAN NEST**

      Pursuant to Local Civil Rule 83.2(d), Robert L. Magielnicki, Sr. and Steven P. Hollman, counsel of record for The Walt Disney Company ("TWDC") and active members of the Bar of this Court, hereby respectfully move the Court for the admission *pro hac vice* of Robert Addy Van Nest to serve as co-counsel for TWDC.

      As set forth in the accompanying declaration, the Applicant has declared the following under penalty of perjury:

      1.    Mr. Van Nest's full name is Robert Addy Van Nest. He is a partner with the law firm of Keker Van Nest & Peters LLP, attorneys for TWDC.

      2.    Mr. Van Nest maintains his office at 633 Battery Street, San Francisco, California 94111. His office telephone number is (415) 391-5400.

      3.    Mr. Van Nest is a member in good standing of the State Bar of California

(California Bar No. 84065), as well as the Supreme Court of the United States, the United States Courts of Appeal for the First, Fourth, Ninth and Federal Circuits, and the United States District Courts for the Northern, Eastern, Central and Southern Districts of California, the Eastern District of Wisconsin, and the Eastern District of Texas.

4. Mr. Van Nest has not been disciplined by any bar.

5. Mr. Van Nest has not applied for admission *pro hac vice* in this Court within the last two years.

6. Mr. Van Nest does not engage in the practice of law from an office located in the District of Columbia.

7. Mr. Van Nest is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Local Rules of this Court, and he understands that he shall be subject to the disciplinary jurisdiction of this Court.

**Local Civil Rule 7(m) Certification**

Prior to filing this motion, undersigned counsel conferred with counsel for Plaintiff, Defendants and 21st Century Fox, Inc.  Plaintiff and 21st Century Fox, Inc. consented to the motion.  Defendants did not express any opposition.

WHEREFORE, the Motion of The Walt Disney Company for *Pro Hac Vice* Admission of Robert Addy Van Nest should be granted.

Respectfully submitted,

Dated:  December 21, 2017

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Steven P. Hollman*
　　Robert L. Magielnicki, Sr. (D.C. Bar # 425851)
　　Steven P. Hollman (D.C. Bar #375658)

2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C.  20006-6801
Tel.:  202.747.1900
Fax:  202.747.3912
Email:  rmagielnicki@sheppardmullin.com
　　　　shollman@sheppardmullin.com

Robert Addy Van Nest (*pro hac vice application pending*)
Cody Shawn Harris (*pro hac vice application pending*)
KEKER VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111
Tel.:  415.391.5400
Fax:  415.397.7188
Email:  rvannest@keker.com
　　　　charris@keker.com

*Counsel to The Walt Disney Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2017, I caused a true and accurate copy of the **Motion of The Walt Disney Company for *Pro Hac Vice* Admission of Robert Addy Van Nest, the accompanying Declaration,** and the **Proposed Order** to be electronically filed and served utilizing the Court's CM/ECF system which caused service to be made on all counsel of record.

*/s/ Steven P. Hollman*
Steven P. Hollman
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C.  20006-6801
Tel.:  202.747.1900
Fax:  202.747.3912

*Counsel to The Walt Disney Company*