IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T INC., DIRECTV GROUP HOLDINGS, ) <br> LLC, and TIME WARNER INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:17-cv-02511-RJL |

**MOTION FOR ADMISSION
<u>*PRO HAC VICE*</u> OF KENNETH R. O'ROURKE**

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of Kenneth R. O'Rourke to represent Defendants AT&T Inc., DirecTV Group Holdings, LLC, and Time Warner Inc. and to appear and participate in proceedings in this Court in the above-captioned matter.

Mr. O'Rourke is a partner of the firm O'Melveny & Myers LLP, attorneys for AT&T Inc., DirecTV Group Holdings, LLC, and Time Warner Inc. in this matter. He is a member in good standing of the bar of the State of California, as well as the U.S. Supreme Court, the U.S. Courts of Appeal for the Ninth and Federal Circuits, and the Central, Southern, Northern, and Eastern District Courts of California, and is admitted to practice as a solicitor in the senior courts of England and Wales. Mr. O'Rourke has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending

against him.  In the past two years, Mr. O'Rourke has been admitted *pro hac vice* in one other case in the United States District Court for the District of Columbia.

Date:  January 5, 2018                              Respectfully submitted,

                                                      */s/ Katrina M. Robson*
Katrina M. Robson (D.C. Bar No. 989341)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
krobson@omm.com

*Counsel for Defendants*
*AT&T Inc., DirecTV Group Holdings, LLC,*
*and Time Warner Inc.*

**CERTIFICATE OF SERVICE**

I certify that on January 5, 2018, I caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to the registered participants.

By: */s/ Katrina M. Robson*
Katrina M. Robson (D.C. Bar No. 989341)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
krobson@omm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-02511-RJL |
| ) | |
| AT&T INC., DIRECTV GROUP HOLDINGS, ) | |
| LLC, and TIME WARNER INC., ) | |
| ) | |
| *Defendants*. ) | |

**DECLARATION OF KENNETH R. O'ROURKE IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1.   My full name is KENNETH R. O'ROURKE.  I am a partner of the law firm O'Melveny & Myers LLP, attorneys for AT&T Inc., DirecTV Group Holdings, LLC, and Time Warner Inc. in this matter.

2.   My office address is 1625 Eye Street NW, Washington, D.C., 20006, telephone number (202) 383-5300.  This is a new address, as I am relocating to Washington, D.C., from O'Melveny's Los Angeles office.

3.   I have been admitted to and am a member in good standing of the bar of the State of California, as well as the U.S. Supreme Court, the U.S. Courts of Appeal for the Ninth and

Federal Circuits, and the Central, Southern, Northern, and Eastern District Courts of California, and am admitted to practice as a solicitor in the senior courts of England and Wales.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have been admitted *pro hac vice* in one other case in the United States District Court for the District of Columbia.

6. Since I am relocating to Washington, D.C., I will timely apply for admission to the District of Columbia Bar.

7. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 3, 2018

Respectfully submitted,

_____
Kenneth R. O'Rourke
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendants*
*AT&T Inc., DirecTV Group Holdings, LLC,*
*and Time Warner Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC., *Defendants*. | Case No. 1:17-cv-02511-RJL |

**[Proposed] ORDER**

Upon consideration of the Motion of Katrina M. Robson, active member of the Bar of this Court, for admission *pro hac vice* of Kenneth R. O'Rourke, and the Declaration of Kenneth R. O'Rourke in support thereof,

ORDERED:  The Motion for Admission *Pro Hac Vice* of Kenneth R. O'Rourke is GRANTED.  Mr. O'Rourke is hereby admitted to this Court *pro hac vice*, to represent Defendants AT&T Inc., DirecTV Group Holdings, LLC, and Time Warner Inc. and to appear and participate in proceedings in this Court in the above-captioned matter under Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia.

Dated: _____, 2018

_____
HON. RICHARD J. LEON
United States District Judge