**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-02511-RJL<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION**
<u>***PRO HAC VICE***</u> **OF ANDREW J. FRACKMAN**

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of Andrew J. Frackman to represent Defendants AT&T Inc., DirecTV Group Holdings, LLC, and Time Warner Inc. and to appear and participate in proceedings in this Court in the above-captioned matter.

Mr. Frackman is a partner of the firm O'Melveny & Myers LLP, attorneys for AT&T Inc., DirecTV Group Holdings, LLC, and Time Warner Inc. in this matter. He is a member in good standing of the bars of the States of New York and New Jersey, as well as the U.S. Supreme Court, the U.S. Courts of Appeal for the Second, Third, Fourth, and Ninth Circuits, the Southern, Northern, and Eastern District Courts of New York, the District Court of Colorado, the District Court of New Jersey, and the U.S. Tax Court. Mr. Frackman has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary

proceedings currently pending against him. In the past two years, Mr. Frackman has not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

| | |
|---|---|
| Date: January 5, 2018 | Respectfully submitted,<br><br>*/s/ Katrina M. Robson*<br>Katrina M. Robson (D.C. Bar No. 989341)<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>krobson@omm.com<br><br>*Counsel for Defendants*<br>*AT&T Inc., DirecTV Group Holdings, LLC,*<br>*and Time Warner Inc.* |

## CERTIFICATE OF SERVICE

I certify that on January 5, 2018, I caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to the registered participants.

By: */s/ Katrina M. Robson*
Katrina M. Robson (D.C. Bar No. 989341)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
krobson@omm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-02511-RJL<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF ANDREW J. FRACKMAN IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1.  My full name is ANDREW J. FRACKMAN. I am a partner of the law firm O'Melveny & Myers LLP, attorneys for AT&T Inc., DirecTV Group Holdings, LLC, and Time Warner Inc. in this matter.

2.  My office address is 7 Times Square Tower, 7 Times Square, New York, New York, 10036, telephone number (212) 326-2000.

3.  I have been admitted to and am a member in good standing of the bars of the States of New York and New Jersey, as well as the U.S. Supreme Court, the U.S. Courts of Appeal for the Second, Third, Fourth, and Ninth Circuits, the Southern, Northern, and Eastern

District Courts of New York, the District Court of Colorado, the District Court of New Jersey, and the U.S. Tax Court.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 2, 2018

Respectfully submitted,

Andrew J. Frackman
O'MELVENY & MYERS LLP
7 Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for Defendants*
*AT&T Inc., DirecTV Group Holdings, LLC,*
*and Time Warner Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) ) | Case No. 1:17-cv-02511-RJL |
| AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC., | ) ) ) ) | |
| *Defendants*. | ) ) | |

## [Proposed] ORDER

Upon consideration of the Motion of Katrina M. Robson, active member of the Bar of this Court, for admission *pro hac vice* of Andrew J. Frackman, and the Declaration of Andrew J. Frackman in support thereof,

ORDERED: The Motion for Admission *Pro Hac Vice* of Andrew J. Frackman is GRANTED. Mr. Frackman is hereby admitted to this Court *pro hac vice*, to represent Defendants AT&T Inc., DirecTV Group Holdings, LLC, and Time Warner Inc. and to appear and participate in proceedings in this Court in the above-captioned matter under Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia.

Dated: _____, 2018

_____
HON. RICHARD J. LEON
United States District Judge