IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br><br>v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, AND TIME WARNER INC.,<br><br>      *Defendants*. | Case No. 1:17-cv-02511-RJL |

**ORDER**

**FILED**
**JAN 2 2 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The Court, upon good cause shown, **ORDERS** as follows:

1. Plaintiff shall seek consent from each of the 9 third parties identified in paragraph 2 below to produce pricing data to Defendants that those third parties had provided to Plaintiff during prior merger investigations, which data Plaintiff agreed to produce upon receiving consent. Plaintiff shall send the data to the third parties that produced such data by January 23, 2018, and shall request a response regarding the third parties' consent by noon on January 25, 2018. Plaintiff shall immediately notify defendants of each response.

2. The 9 third parties consist of four distributors (Comcast/NBC, Charter, Cox, and Altice) and five programmers (Disney, Fox, Viacom, Discovery, and Scripps).[1]

Dated: January 22nd, 2018

_____
HON. RICHARD J. LEON
United States District Judge

---

[1] The third parties whose data are at issue initially also included AMC, CBS, and Dish. The United States has represented that (a) it possesses no responsive data from AMC, and (b) CBS and Dish have now consented to immediate production of their data to Defendants.