# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>AT&T INC.,<br><br>DIRECTV GROUP HOLDINGS, LLC, and<br><br>TIME WARNER INC.,<br><br>              Defendants. | Case No. 17-CV-2511 (RJL) |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR NON-PARTY
## THE WALT DISNEY COMPANY

Pursuant to Local Civil Rule 83.6, the Clerk will kindly note the substitution of Eugene Paige of Keker Van Nest & Peters LLP, an active member of the Bar of this Court, as counsel of record for The Walt Disney Company ("TWDC") in substitution for Robert L. Magielnicki, Sr., Steven P. Hollman, and the law firm of Sheppard, Mullin, Richter & Hampton, LLP, whose appearances are hereby withdrawn.

Mr. Paige maintains his office at 633 Battery Street, San Francisco, California 94111. His office telephone number is (415) 676-2289.

Respectfully submitted,

Dated:  January 29, 2018

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Steven P. Hollman*_____
  Robert L. Magielnicki, Sr. (D.C. Bar # 425851)
  Steven P. Hollman (D.C. Bar #375658)

2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C.  20006-6801
Tel.:  202.747.1900
Fax:  202.747.3912
Email:  rmagielnicki@sheppardmullin.com
    shollman@sheppardmullin.com

*Withdrawing Counsel*


By: */s/ Eugene Paige*_____
  Eugene Paige (D.C. Bar # 476556)

KEKER VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111
Tel.:  415.391.5400
Fax:   415.397.7188
Email:  epaige@keker.com

*Substituted Counsel of Record to The Walt Disney Company*

Robert Addy Van Nest (*pro hac vice application pending*)
Cody Shawn Harris (*pro hac vice application pending*)
KEKER VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111
Tel.:  415.391.5400
Fax:   415.397.7188
Email:  rvannest@keker.com
    charris@keker.com

*Counsel to The Walt Disney Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2018, I caused a true and accurate copy of the **Notice of Substitution of Counsel for Non-Party The Walt Disney Company** to be electronically filed and served utilizing the Court's CM/ECF system which caused service to be made on all counsel of record.

/s/ Steven P. Hollman
Steven P. Hollman
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C.  20006-6801
Tel.:  202.747.1900
Fax:  202.747.3912