AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br>v.<br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC,<br>and TIME WARNER INC.,<br>*Defendant* | )<br>)<br>)   Case No. 1:17-CV-02511-RJL<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-party The Walt Disney Company

Date: January 26, 2018                                                 /s/ Eugene M. Paige
                                                                          *Attorney's signature*

                                                                Eugene M. Paige, DC Bar No. 476556
                                                                    *Printed name and bar number*

                                                        KEKER, VAN NEST & PETERS LLP
                                                        633 Battery Street
                                                        San Francisco, CA 94111-1809
                                                                          *Address*

                                                        epaige@keker.com
                                                                      *E-mail address*

                                                        (415) 391-5400
                                                                    *Telephone number*

                                                        (415) 397-7188
                                                                      *FAX number*

