AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-cv-02511 (RJL) |
| AT&t, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date:   02/22/2018

*Attorney's signature*

Caroline Anderson (IL Bar # 6308482)
*Printed name and bar number*

950 Pennsylvania Avenue NW
Room 3109
Washington, DC 20540

*Address*

caroline.anderson@usdoj.gov
*E-mail address*

(202) 353-6417
*Telephone number*

(202) 616-2645
*FAX number*