AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-02511-RJL |
| AT&T Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AT&T Inc. and DirecTV Group Holdings.

Date: 02/28/2018

/s/ Aaron M. Panner
*Attorney's signature*

Aaron M. Panner, 453608
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
*Address*

apanner@kellogghansen.com
*E-mail address*

(202) 326-7921
*Telephone number*

(202) 326-7999
*FAX number*