UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,<br><br>    *Defendants.* | Case No. 1:17-cv-02511-RJL |



**FILED**

**MAR - 7 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## SUPPLEMENTAL SCHEDULING ORDER

The following supplemental scheduling order shall govern the proceedings in this matter.

| Event | Date |
|---|---|
| Protective Order Entered | December 8, 2017 |
| Fact Discovery Begins | Upon entry of Scheduling Order |
| Investigation Materials from Third Parties Production Begins On a Rolling Basis (Based on receipt of written statement from third party not objecting to disclosure) | Within 10 calendar days after Protective Order entered |
| Investigation Materials from Third Parties Production Completed (Except for any with unresolved objections to the Protective Order) | Within 17 calendar days after Protective Order entered |
| Parties exchange preliminary fact witness lists | Jan. 3, 2018 |
| Parties exchange final fact witness lists | Feb. 2, 2018 |
| Parties exchange initial expert reports on economic and efficiency and/or synergy issues, reserving the right to serve rebuttal reports pursuant to this Order for any new disclosure contained in the initial reports. | Feb. 2, 2018 |
| Close of fact discovery | Feb. 16, 2018 |
| Parties to submit Proposed Trial Procedures Order | Feb. 16, 2018 |

| | |
|---|---|
| Parties exchange rebuttal reports | Feb. 26, 2018 |
| Close of Supplemental Discovery | Feb. 28, 2018 |
| Close of expert discovery | Mar. 9, 2018 |
| Pretrial motions and briefs (other than *Daubert* motions) to be filed | Mar. 9, 2018 |
| Parties to file Proposed Order on the Use of Confidential Information at Trial | Mar. 9, 2018 |
| *Daubert* motions to be filed | Mar. 12, 2018 – 10 AM |
| Parties exchange witness lists, proposed trial exhibit lists, and proposed trial exhibits, and submit the same to the Court | Mar. 12, 2018 – 10 AM |
| Oppositions to pretrial motions to be filed | Mar. 13, 2018 – 10 AM |
| Parties to file joint statement of evidentiary objections | Mar. 13, 2018 – 10 AM |
| Parties to file joint statement of burden of proof and available defenses | Mar. 13, 2018 – 10 AM |
| Initial Pretrial Conference | Mar. 13, 2018 – 3 PM |
| Oppositions to *Daubert* motions to be filed | Mar. 15, 2018 – 10 AM |
| Parties submit final trial exhibit lists and final trial exhibits to Court | Mar. 15, 2018 – 10 AM |
| Final Pretrial Conference (if necessary) | Mar. 15, 2018 – 3 PM |
| Trial begins (anticipated 15 days) | Mar. 19, 2018 |
| Parties file Proposed Findings of Fact and Conclusions of Law | 7 calendar days after trial ends |

The terms set forth above are as defined in the Case Management Order, entered by the Court in this case.

1. **Calculation of Dates.** Unless otherwise specified, days shall be counted pursuant to Rule 6(a) of the Federal Rules of Civil Procedure.

2. **Modification of Scheduling Order.** Any party may seek modification of this Order for good cause. The Court maintains the right to modify this schedule as is necessary to

address the issues presented in this case and accommodate its obligation to resolve other time-sensitive legal matters on its docket.

3. **Motions for Extensions.** Parties seeking extensions of dates set out in this Order should seek them in a timely fashion, before the relevant deadline passes.

**SO ORDERED.**

DATED: 3/6/18

RICHARD J. LEON
United States District Judge