**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             *Plaintiff*,<br><br>   v.<br><br>AT&T INC., DIRECTV GROUP<br>HOLDINGS, LLC, and<br>TIME WARNER INC.,<br><br>             *Defendants*. | Case No. 1:17-cv-02511-RJL |

**ERRATA FOR PLAINTIFF'S REDACTED AND SEALED TRIAL BRIEF**

| Location | Original Text | Corrected Text |
|---|---|---|
| Page 1 | acquiesce. | acquiesce." |
| Page 31 | at i, 6 (June, 21, | at 11 (June 21, |
| Page 69 | Thomas DeMatteo | ---------- |

Plaintiff submits this Errata to correct the following errors in both the sealed and redacted versions of Plaintiff's Trial Brief, submitted as Docket Nos. 75 and 76 respectively, on March 9, 2018:  1) add a quotation mark to close a quote on page 1; 2) correct an inaccurate pin cite and remove a comma in a reference on page 31; and 3) remove Thomas DeMatteo's name from the signature page, which was inadvertently included and is being removed after Mr. DeMatteo promptly notified us that he has not yet been sworn in as an attorney. A corrected copy of the Redacted Trial Brief of the United States is attached as Exhibit A, and a corrected copy of the un-redacted Trial Brief of the United States will be filed under Seal.

Dated: March 12, 2018                                Respectfully submitted,

                                                 /s/ Craig Conrath
                                                Craig Conrath
                                                U.S. Dept. of Justice, Antitrust Division
                                                450 Fifth Street, NW, Suite 7000
                                                Washington, DC 20530
                                                Phone: (202) 598-8916
                                                Email: craig.conrath@usdoj.gov

                                                *Attorneys for United States of America*

Case 1:17-cv-02511-RJL   Document 81   Filed 03/12/18   Page 3 of 3

3

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2018, I caused a true and correct copy of the foregoing to be served upon the parties of record via email.

    /s/ Craig Conrath
Craig Conrath
U.S. Dept. of Justice, Antitrust Division
450 Fifth Street, NW, Suite 7000
Washington, DC 20530
Phone: (202) 598-8916
Email: craig.conrath@usdoj.gov

*Attorney for United States of America*