# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

----------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 1:17-cv-02511

AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,

Defendants.

----------------------------X

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED 30(b)(6) DEPOSITION OF RICHARD WARREN

Washington, D.C.

FEBRUARY 9, 2018

5:03 p.m.

Reported by:
Gail L. Inghram Verbano
Job No. 53369-B

Videotaped 30(b)(6) deposition of
Time Warner via Richard Warren
February 9, 2018
5:03 p.m.

Videotaped deposition of RICHARD WARREN, held at the offices of O'MELVENY & MYERS, LLP, 1625 Eye Street, NW, Washington, DC 20006-4001, pursuant to notice, the proceedings being recorded stenographically by GAIL INGHRAM VERBANO, Notary Public, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Shorthand Reporter-CA (No. 8635).

A P P E A R A N C E S:

For the Plaintiff:

UNITED STATES DEPARTMENT OF JUSTICE
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
BY: PETER SCHWINGLER, ESQ.
peter.schwingler@usdoj.com
CURTIS STRONG, ESQ.
curtis.strong@usdoj.com
SAMER M. MUSALLAM, ESQ.
samer.musallam@usdoj.com

For the Defendants:

CRAVATH, SWAINE & MOORE, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
212.474.1596
BY: KEVIN J. ORSINI, ESQ.
korsini@cravath.com
ALLISON DAVIDO, ESQ.
adavido@cravath.com

-and-

O'MELVENY & MYERS, LLP
7 Times Square
New York, New York 10036
212.326.2017
BY: ANDREW FRACKMAN, ESQ.
afrackman@omm.com
DANIEL PETROCELLI, ESQ.
dpetrocelli@omm.com

ALSO PRESENT:

THOMAS DeMATTEO, USDOJ
TREVOR MacLEAN, USDOJ
BRIAN BEATON, USDOJ

LOUISE SAMS, ESQ., Turner Broadcasting

CINDY O'HAGAN, ESQ., Time Warner
MICHAEL SOFIA, ESQ., Time Warner

KIM JOHNSON, Legal Videographer

                                                                 Washington, DC

Friday, February 9, 2018; 5:03 p.m.

\- - -

THE VIDEOGRAPHER: This begins the 30(b)(6) deposition of Richard Warren taken in the matter of the United States of America versus AT&T, Case No. 1:17-cv-02511, in the US District Court for the District of Columbia.

This deposition is being held at 1625 Eye Street, Northwest, Washington, D.C. On February 9th, 2018, at 5:02 p.m. My name is Kim Johnson. I am the legal video specialist. The court reporter is Gail Verbano. We are both in association with David Feldman Worldwide.

Will counsel please introduce yourselves and state whom you represent.

MR. SCHWINGLER: Peter

Schwingler for the United States, and everyone else on the record will be noted per the stenographic transcript.

\- - -

RICHARD WARREN, having first been duly sworn according to law, was examined and testified as follows:

\- - -

MR. ORSINI: Now that we have that out of the way.

MR. SCHWINGLER: Apparently TWXR.

THE WITNESS: Okay.

MR. SCHWINGLER: I don't know what that means.

MR. ORSINI: It's an FCC term.

(Exhibit 1 was marked for identification.)

\- - -

EXAMINATION

BY MR. SCHWINGLER:

Q. Mr. Warren, I've handed to

whatever negotiation we had.

BY MR. SCHWINGLER:

Q. Fair to say that the decision to offer baseball-style arbitration was a result of the government's lawsuit in this case?

MR. ORSINI: You can answer that.

THE WITNESS: Yes.

BY MR. SCHWINGLER:

Q. And absent the lawsuit, Turner would not have made such an offer?

A. I don't know whether we would have made it one way or the other, but these were concerns that the government would raise that we didn't think rose to the level of being valid. So we did offer it as a means of addressing the concerns that the government raised.

Q. Which specific concerns were this -- was this offer intended to address?

A. The offer is intended to

MR. ORSINI: It's been a long day. I think what he was trying to get at was, other than the addressee, were all letters the same?

THE WITNESS: Oh, yes. Apologies. Yes.

BY MR. SCHWINGLER:

Q. Thank you. And I have the same question for the arbitration agreement attached to the letters: Was that the same for every distributor?

A. Yes. There were no differences in what was sent out.

Q. And is that also true for the arbitration procedures contained within the arbitration agreement?

A. Correct. It was the same.

Q. How many distributors have received a AAA offer from Turner so far?

A. Well, as I said, every one of our distributors has received it, in the neighborhood of 900 to 1,000 is the

best estimate I have.

Q. How many distributors have accepted the offer so far?

MR. ORSINI: By that, you mean signed it and returned it?

MR. SCHWINGLER: Yeah. Let me reask the question.

BY MR. SCHWINGLER:

Q. How many distributors have signed and returned the offer so far?

A. I believe that number is around 20.

Q. Have any distributors expressly decline the offer so far?

A. Not to my knowledge. They haven't expressed that to me.

Q. [REDACTED]

A. [REDACTED]

MR. ORSINI: And I don't want

CERTIFICATE OF SHORTHAND REPORTER

I, Gail Inghram Verbano, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Shorthand Reporter (CA) and Notary Public, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Gail Inghram Verbano

___________________________________

Gail Inghram Verbano, CSR, RDR, CRR
CA-CSR No. 8635
NOTARY PUBLIC IN AND FOR
District of Columbia
Commission Expires: 9-30-18