AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-02511-RJL |
| AT&T INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 03/15/2018

/s/ Nathan D. Brenner
*Attorney's signature*

Nathan D. Brenner
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 11300
Washington, DC 20530
*Address*

nathan.brenner@usdoj.gov
*E-mail address*

(202) 598-2649
*Telephone number*

(202) 305-4766
*FAX number*