AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-02511-RJL |
| AT&T INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 03/15/2018

/s/ Dylan M. Carson
*Attorney's signature*

Dylan M. Carson (D.C. Bar #465151)
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 5th St., NW, Suite 7000
Washington, DC 20530
*Address*

Dylan.Carson@usdoj.gov
*E-mail address*

(202) 598-8799
*Telephone number*

(202) 574-6381
*FAX number*