AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-02511-RJL |
| AT&T INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                          .

Date:    03/15/2018                                                           /s/ Matthew D. Siegel
                                                                                              *Attorney's signature*

                                                                                       Matthew D. Siegel
                                                                                    *Printed name and bar number*

                                                                                    U.S. Department of Justice
                                                                                        Antitrust Division
                                                                          450 Fifth Street NW, Suite 4000 South
                                                                                     Washington, DC 20530
                                                                                              *Address*

                                                                                 matthew.siegel@usdoj.gov
                                                                                         *E-mail address*

                                                                                         (202) 598-8303
                                                                                       *Telephone number*

                                                                                         (202) 514-7308
                                                                                           *FAX number*