AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 1:17-cv-02511-RJL |
| AT&T INC., et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date: 03/17/2018

/s/ Alexis K Brown-Reilly
*Attorney's signature*

Alexis K Brown-Reilly (DC Bar #1000424)
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7000
Washington, DC 20530
*Address*

alexis.brown-reilly@usdoj.gov
*E-mail address*

(202) 598-2755
*Telephone number*

(202) 514-6381
*FAX number*