AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-02511-RJL |
| AT&T INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                         .

Date:   03/19/2018                                                           /s/ Ihan Kim
                                                                                       *Attorney's signature*

                                                                                       Ihan Kim
                                                                                       *Printed name and bar number*

                                                                                       U.S. Department of Justice
                                                                                       Antitrust Division
                                                                                       450 Fifth Street NW, Suite 7100
                                                                                       Washington, DC 20530
                                                                                       *Address*

                                                                                       ihan.kim@usdoj.gov
                                                                                       *E-mail address*

                                                                                       (202) 532-4283
                                                                                       *Telephone number*

                                                                                       (202) 616-8544
                                                                                       *FAX number*