# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>AT&T INC., et al.<br>*Defendant* | )<br>)<br>) Case No. 1:17-cv-02511-RJL<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 03/19/2018

/s/ Anna E. Sallstrom
*Attorney's signature*

Anna E. Sallstrom (CA Bar #300281)
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7000
Washington, DC 20530
*Address*

anna.sallstrom@usdoj.gov
*E-mail address*

(202) 598-6685
*Telephone number*

(202) 514-6381
*FAX number*