AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America, | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:17-cv-02511 |
| AT&T Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                        .

Date:      03/20/2018

/s/
*Attorney's signature*

Lisa Scanlon CA 209186
*Printed name and bar number*

United States Department of Justice
450 5th Street NW
Washington, DC 20001

*Address*

lisa.scanlon@usdoj.gov
*E-mail address*

(202) 616-5954
*Telephone number*

(202) 307-9952
*FAX number*