AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-02511-RJL |
| AT&T, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                                      .

Date:         04/04/2018

/s/ Claude F. Scott, Jr.
*Attorney's signature*

Claude F. Scott, Jr. (D.C. Bar # 414906)
*Printed name and bar number*

United States Department of Justice
450 Fifth Street, NW, Suite 6400-South
Washington, DC 20530

*Address*

Claude.F.Scott@usdoj.gov
*E-mail address*

(202) 514-9471
*Telephone number*

(202) 305-1190
*FAX number*

[ Print ]     [ Save As... ]                                                      [ Reset ]