AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____<br>*Plaintiff* | ) ) ) ) ) | |
| v. |  | Case No. |
| _____<br>*Defendant* |  | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                                          _____
                                                                                    *Attorney's signature*

                                                                                    _____
                                                                                    *Printed name and bar number*

                                                                                    _____
                                                                                    *Address*

                                                                                    _____
                                                                                    *E-mail address*

                                                                                    _____
                                                                                    *Telephone number*

                                                                                    _____
                                                                                    *FAX number*