**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff,*<br><br>v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,<br><br>      *Defendants*. | Case No. 1:17-cv-02511-RJL |

**THE UNITED STATES' MOTION FOR ACCESS TO THE TRANSCRIPTS OF THE**
**BENCH CONFERENCES FOLLOWING HANNY PATEL'S AND DANIEL YORK'S**
**TESTIMONY**

The United States respectfully moves for an order granting the United States access to the

transcripts of the bench conferences that followed Hanny Patel's and Daniel York's testimony in

this action on April 4, 2018 (the discussion concerning Mr. York's testimony). The United States

requests access to these transcripts for its use in this case, including for the benefit of preparing a

written opposition to Defendants' motion *in limin*e raised during the bench conferences.

Dated:  April 4, 2018

        /s/ Craig Conrath
        Craig Conrath
        U.S. Department of Justice
        Antitrust Division
        450 Fifth St. NW, Suite 7000
        Washington, DC 20530
        Telephone: (202) 532-4560
        craig.conrath@usdoj.gov

        *Counsel for Plaintiff United States of America*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 4, 2018, I caused a true and correct copy of the foregoing

document to be served upon the parties of record via the CM/ECF system.

         /s/ Craig Conrath        
Craig Conrath
U.S. Department of Justice
Antitrust Division
450 Fifth St. NW, Suite 7000
Washington, DC 20530
Telephone: (202) 532-4560
craig.conrath@usdoj.gov

*Counsel for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No. 1:17-cv-02511-RJL |
| AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC., | |
| *Defendants.* | |

**<u>ORDER</u>**

Upon consideration of the United States' motion for access to the transcripts of the bench conferences following Hanny Patel's and Daniel York's testimony on April 4, 2018, it is hereby **ORDERED** that the United States' motion is **GRANTED**. The United States may access the transcripts of the bench conferences that followed Hanny Patel's and Daniel York's testimony.

**SO ORDERED**, this _____ day of _____, 2018.

_____
HON. RICHARD J. LEON
United States District Judge