AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:17-cv-02511-RJL |
| AT&T INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                         .

Date:     04/06/2018

/s/ Melanie Kiser
*Attorney's signature*

Melanie M. Kiser
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7000
Washington, DC 20530
*Address*

melanie.kiser@usdoj.gov
*E-mail address*

(202) 598-2444
*Telephone number*

(202) 305-1190
*FAX number*