AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-02511-RJL |
| AT&T INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 04/12/2018

/s/ R. Cameron Gower
*Attorney's signature*

R. Cameron Gower
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
*Address*

richard.gower@usdoj.gov
*E-mail address*

(202) 598-2666
*Telephone number*

(202) 616-8544
*FAX number*