**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>          v.<br><br>AT&T INC., ET AL,<br><br>                    Defendants. | Case No. 1:17-cv-2511-RJL |

**NOTICE OF APPEARANCE OF COUNSEL FOR
PROPOSED *AMICUS CURIAE* CINÉMOI NORTH AMERICA**

   Notice is hereby given of the entry of the attorney listed below as counsel for proposed *amicus* in the above-captioned matter:

   Laurence M. Sandell (DC Bar No. 989952)
   lsandell@meimark.com
   MEI & MARK LLP
   P.O. Box 65981
   Washington, DC 20035-5981
   Phone: 888-860-5678

Dated: May 18, 2018

                                                                                   Respectfully submitted

                                                                                   /s/ Laurence M. Sandell
                                                                                   Laurence M. Sandell (DC Bar No. 989952)
                                                                                   lsandell@meimark.com
                                                                                   MEI & MARK LLP
                                                                                   P.O. Box 65981
                                                                                   Washington, DC 20035-5981
                                                                                   Phone: 888-860-5678
                                                                                   Facsimile: 888-706-1173

                                                                                   *Counsel for Proposed Amicus*
                                                                                   **CINÉMOI NORTH AMERICA**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2018, I caused a true and correct copy of the foregoing Notice of Appearance to be filed using the CM/ECF system, which shall send notice to all counsel of record.

/s/ Laurence M. Sandell
Laurence M. Sandell