**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>       v.<br><br>AT&T INC., ET AL,<br><br>            Defendants. | Case No. 1:17-cv-2511-RJL |

**MOTION FOR ADMISSION *PRO HAC VICE* OF AMY T. BRANTLY**

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of Amy T. Brantly to represent proposed *amicus curiae* Cinémoi North America and to appear and participate in proceedings in this Court in the above-captioned matter.

Ms. Brantly is a partner of the firm Kesselman Brantly Stockinger LLP. She is a member in good standing of the bar of the State of California, as well as of United States District Court, Central District of California; United States District Court, Northern District of California; United States District Court, Southern District of California; United States Court of Appeals for the Ninth Circuit; New York State Courts; United States District Court, Southern District of New York; and United States District Court, Eastern District of New York. Ms. Brantly has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against her. In the past two years, Ms. Brantly has not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

Dated: May 18, 2018            Respectfully submitted

/s/ Laurence M. Sandell
Laurence M. Sandell (DC Bar No. 989952)
lsandell@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Phone: 888-860-5678
Facsimile: 888-706-1173

*Counsel for Proposed Amicus*
**CINÉMOI NORTH AMERICA**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of May, 2018, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* to be filed using the CM/ECF system, which shall send notice to all counsel of record.

      /s/ Laurence M. Sandell
      Laurence M. Sandell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>                Plaintiff,<br><br>    v.<br><br>AT&T INC., ET AL,<br><br>                Defendants. | Case No. 1:17-cv-2511-RJL |

## DECLARATION OF AMY T. BRANTLY IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1. My full name is AMY T. BRANTLY. I am a partner of the law firm Kesselman Brantly Stockinger LLP.

2. My office address is 1230 Rosecrans Avenue, Suite 690, Manhattan Beach, CA 90266 and my office phone number is 310-307-4555.

3. I have been admitted to and am a member in good standing of the bar of the following courts:

    a. California State Courts;

    b. United States District Court, Central District of California;

    c. United States District Court, Northern District of California;

    d. United States District Court, Southern District of California;

    e. United States Court of Appeals for the Ninth Circuit;

    f. New York State Courts;

  g. United States District Court, Southern District of New York; and

  h. United States District Court, Eastern District of New York;

4. My bar number for the State of California is 210893.

5. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

6. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

7. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: May 18, 2018      Respectfully submitted

              */s/ Amy Brantly*
              Amy T. Brantly

              KESSELMAN BRANTLY STOCKINGER LLP
              1230 Rosecrans Avenue, Suite 690
              Manhattan Beach, CA 90266
              Phone: 310-307-4555
              Fax: 310-307-4570

              *Counsel for Proposed Amicus*
              **CINÉMOI NORTH AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T INC., ET AL,<br><br>　　　　　　　Defendants. | Case No. 1:17-cv-2511-RJL |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Laurence M. Sandell, active member of the Bar of this Court, for admission *pro hac vice* of Amy T. Brantly, and her respective Declaration in support thereof,

ORDERED: The Motion for Admission *Pro Hac Vice* of Amy T. Brantly is GRANTED. Ms. Brantly is hereby admitted to this Court *pro hac vice*, to represent proposed *amicus curiae* Cinémoi North America, and to appear and participate in proceedings in this Court in the above-captioned matter under Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia.

DATED this _____ day of _____, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Richard L. Leon