**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>    v.<br><br>AT&T INC., ET AL,<br><br>          Defendants. | Case No. 1:17-cv-2511-RJL |

### MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID W. KESSELMAN

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of David W. Kesselman to represent proposed *amicus curiae* Cinémoi North America and to appear and participate in proceedings in this Court in the above-captioned matter.

Mr. Kesselman is a partner of the firm Kesselman Brantly Stockinger LLP. He is a member in good standing of the bar of the State of California, as well as United States District Court, Central District of California; United States District Court, Northern District of California; United States District Court, Southern District of California; United States Court of Appeals for the Ninth Circuit; and the Supreme Court of the United States. Mr. Kesselman has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against him. In the past two years, Mr. Kesselman has not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

Dated: May 18, 2018                                        Respectfully submitted

/s/ Laurence M. Sandell
Laurence M. Sandell (DC Bar No. 989952)
lsandell@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Phone: 888-860-5678
Facsimile: 888-706-1173

*Counsel for Proposed Amicus*
**CINÉMOI NORTH AMERICA**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2018, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* to be filed using the CM/ECF system, which shall send notice to all counsel of record.

/s/ Laurence M. Sandell
Laurence M. Sandell

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>         Plaintiff,<br><br>         v.<br><br>AT&T INC., ET AL,<br><br>         Defendants. | Case No. 1:17-cv-2511-RJL |

**DECLARATION OF DAVID W. KESSELMAN IN SUPPORT OF**
**<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1. My full name is DAVID W. KESSELMAN. I am a partner of the law firm Kesselman Brantly Stockinger LLP.

2. My office address is 1230 Rosecrans Avenue, Suite 690, Manhattan Beach, CA 90266 and my office phone number is 310-307-4555.

3. I have been admitted to and am a member in good standing of the bars of the:

    a.   California State Courts;

    b.   United States District Court, Central District of California;

    c.   United States District Court, Northern District of California;

    d.   United States District Court, Southern District of California;

    e.   United States Court of Appeals for the Ninth Circuit;

    f.   Supreme Court of the United States.

4. I have not been subject to disciplinary proceedings as a member of the bar in any

jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: May 18, 2018

Respectfully submitted

_____
David W. Kesselman

KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Avenue, Suite 690
Manhattan Beach, CA 90266
Phone: 310-307-4555
Fax: 310-307-4570

*Counsel for Proposed Amicus*
**CINÉMOI NORTH AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T INC., ET AL,<br><br>    Defendants. | Case No. 1:17-cv-2511-RJL |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Laurence M. Sandell, active member of the Bar of this Court, for admission *pro hac vice* of David W. Kesselman, and his respective Declaration in support thereof,

ORDERED: The Motion for Admission *Pro Hac Vice* of David W. Kesselman is GRANTED. Mr. Kesselman is hereby admitted to this Court *pro hac vice*, to represent proposed *amicus curiae* Cinémoi North America, and to appear and participate in proceedings in this Court in the above-captioned matter under Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia.


DATED this _____ day of _____, 2018

                         _____
                         The Honorable Richard L. Leon