UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,<br><br>        *Defendants*. | Case No. 1:17-cv-02511-RJL |

**PLAINTIFF'S RESPONSE TO CINÉMOI NORTH AMERICA'S
MOTION FOR LEAVE TO FILE AMICUS BRIEF**

As the United States stated in response to three previous motions to seek leave to file amicus briefs, the Court has broad discretion to determine the participation of *amicus curiae*. Dkt. 39, 74, 131; *National Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007).  As a general matter, the Antitrust Division does not oppose amicus briefs in the district courts.

        Respectfully submitted,

           /s/ Craig Conrath
        Craig Conrath
        Lawrence A. Reicher
        U.S. Dept. of Justice, Antitrust Division
        450 Fifth Street, NW, Suite 7000
        Washington, DC 20530
        Phone: (202) 514-5621
        Email: craig.conrath@usdoj.gov

        *Attorneys for United States of America*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 21, 2018, I caused a true and correct copy of the foregoing document to be served upon the parties of record via the Court's CM/ECF system. In addition, a true and correct copy was emailed to the movant at lsandell@meimark.com.

       /s/ Craig Conrath
Craig Conrath
U.S. Dept. of Justice, Antitrust Division
450 Fifth Street, NW, Suite 7000
Washington, DC 20530
Phone: (202) 514-5621
Email: craig.conrath@usdoj.gov

*Attorney for United States of America*