**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br><br>    v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,<br><br>      *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case Number 1:17-cv-02511-RJL<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' OPPOSITION TO JOSEPH M. ALIOTO'S**
**MOTION FOR LEAVE TO FILE AMICUS BRIEF**

June 11, 2018

Joseph M. Alioto has moved to file a pro se amicus brief opposing the merger. The motion should be denied.

Alioto's brief principally objects to the Protective Order this Court entered December 8, 2017, and to the transcript pages and exhibits the Court sealed during trial (pursuant to the Protective Order and largely at the government's behest), to protect confidential business information, often of third parties. Unlike other non-parties, Alioto did not assert any timely objection to the Order when it was entered. And the confidentiality objections he now asserts have no bearing on the actual question at issue, *viz.*, whether the merger violates Clayton Act § 7.

As to that question, Alioto offers no admissible evidence or relevant arguments. He asserts frivolous "tying" and horizontal theories (Br. 13-18) the government itself rightly declined to advance. He invokes a standard of presumptive merger illegality that by its own terms applies to "any nontrivial acquisition of a *competitor*," not to the vertical merger at issue here. Br. 8 (quoting *Hosp. Corp. of Am. v. FTC*, 807 F.2d 1381, 1386 (7th Cir. 1986) (emphasis added)). And he makes non-record factual claims about AT&T's pre-merger business plans (Br. 13-15) that have no basis in authenticated and admissible evidence and no relevance to the question whether this merger is likely to substantially lessen competition.

For the foregoing reasons, Alioto's motion should be denied.

Date: June 11, 2018

Respectfully submitted,

By: /s/ Daniel M. Petrocelli

Daniel M. Petrocelli (*pro hac vice*)
dpetrocelli@omm.com
M. Randall Oppenheimer (*pro hac vice*)
roppenheimer@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

By: /s/ Katrina M. Robson

Katrina M. Robson (D.C. Bar No. 989341)
krobson@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for AT&T Inc., DIRECTV Group Holdings, LLC, and Time Warner Inc.*

Peter T. Barbur (pro hac vice)
pbarbur@cravath.com
Kevin J. Orsini (pro hac vice)
korsini@cravath.com
Margaret Segall D'Amico (pro hac vice)
mdamico@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 8th Avenue
New York, NY 10019
Telephone: (212) 474-1140
Facsimile: (212) 474-3700

*Counsel for Time Warner Inc.*

3

Robert C. Walters (*pro hac vice*)
rwalters@gibsondunn.com
Michael L. Raiff (*pro hac vice*)
mraiff@gibsondunn.com
**GIBSON DUNN & CRUTCHER**
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201
Telephone: (214) 698-3114
Facsimile: (214) 571-2932

*Counsel for AT&T Inc. and DIRECTV Group Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on Jun 11, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

By: <u>/s/ Daniel M. Petrocelli</u>
Daniel M. Petrocelli (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com
