UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Case No. 17-2511 (RJL) |
| AT&T INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**
(June 12, 2018)

**FILED**
JUN 1 2 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Upon consideration of the applicable law, the evidence presented at trial, the parties' arguments, and the entire record before the Court, and for all of the reasons given in the accompanying Memorandum Opinion, the Court concludes that the Government has failed to carry its burden to show that the merger of defendants AT&T and Time Warner, as reflected in the October 22, 2016 merger agreement, is likely to "substantially . . . lessen competition" in violation of Section 7 of the Clayton Act, 15 U.S.C. § 18.

It is therefore **ORDERED** that the Government's request to enjoin the proposed merger between defendants AT&T and Time Warner is **DENIED**; it is further

**ORDERED** that the pending post-trial motions for leave to file amici curiae briefs, *see* Dkt. ## 129, 135, 144; motion to intervene, *see* Dkt. # 142; and motions for admission pro hac vice, *see* Dkt. ## 133; 134, are **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge