# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Case Number 1:17-cv-02511-RJL |
| AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC., | ) | |
| *Defendants*. | ) | |

## JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER

The United States of America and Defendants Time Warner, Inc., AT&T Inc., and

DIRECTV, Inc., jointly move to modify paragraph 3 of the Case Management Order, ECF No.

54, to excise the post-ruling waiting period and authorize Defendants to close the merger.  The

motion is based on the letter attached hereto as Exhibit A.


Date: June 14, 2018                          Respectfully submitted,

                                             By: /s/ Daniel M. Petrocelli
                                             Daniel M. Petrocelli (*pro hac vice*)
                                             dpetrocelli@omm.com
                                             M. Randall Oppenheimer (*pro hac vice*)
                                             roppenheimer@omm.com
                                             **O'MELVENY & MYERS LLP**
                                             1999 Avenue of the Stars
                                             Los Angeles, CA 90067
                                             Telephone: (310) 553-6700
                                             Facsimile: (310) 246-6779

By: /s/ Andrew Finch
Andrew Finch
andrew.finch@usdoj.gov
U.S. Dep't of Justice
950 Pennsylvania Avenue N.W.
Washington, DC 20530

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 14, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

O'Melveny

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

File Number:
0035586-00002

June 14, 2018

**Daniel M. Petrocelli**
D: 310-246-6850
dpetrocelli@omm.com

**BY E-MAIL**

Mr. Andrew Finch
Mr. Craig Conrath
U.S. Dep't of Justice, Antitrust Division
450 Fifth Street, NW, Suite 7000
Washington, Dc 20530

Re:     _United States v. AT&T Inc._

Dear Counsel:

You have requested that AT&T confirm its current plans for managing the Turner networks after closing the merger with Time Warner.  In response to your request, AT&T represents that it will operate Turner post-close as follows:

- AT&T will manage the Turner networks as part of a separate business unit, distinct from the operations of AT&T Communications, which includes AT&T's DIRECTV and U-verse businesses.

- AT&T Communications will have no role in setting Turner's prices or other terms to unaffiliated distributors, and Turner will not consult with AT&T Communications in setting Turner prices or other terms for programming provided to unaffiliated video distributors.

- Target compensation levels and benefits for Turner personnel will remain largely unchanged, as will the number of Turner employees.

- AT&T will implement a firewall between Turner and AT&T Communications to prevent the transmission or exchange, either directly or indirectly, of competitively sensitive information of unaffiliated programmers or distributors.  For the purposes of the foregoing, "competitively sensitive information" means any non-public information relating to contract terms, pricing, or negotiations.

All of the above are until the earlier of February 28, 2019 or the conclusion of this case or any appeal by the Department of Justice.

O'Melveny

We understand that, based on these representations, the Department of Justice has no objection to closing this merger as soon as possible, including later this week, and will forego a request for a stay pending appeal.

Sincerely,

Daniel M. Petrocelli

*Counsel for AT&T Inc., DIRECTV Group Holdings, LLC, and Time Warner Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) Case Number 1:17-cv-02511-RJL |
| AT&T INC., DIRECTV GROUP HOLDINGS, | ) |
| LLC, and TIME WARNER INC., | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## PROPOSED ORDER TO MODIFY CASE MANAGEMENT ORDER

Upon joint motion by the United States of America and Defendants Time Warner, Inc.,

AT&T Inc., and DIRECTV, Inc., paragraph 3 of the Case Management Order, ECF No. 54, is

hereby modified to excise the post-ruling waiting period, and Defendants are authorized to close

the merger.


Date: June 14, 2018                    So Ordered,


                              _____

                               Honorable Richard J. Leon

1