UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,<br><br>        *Defendants*. | Case No. 1:17-cv-02511-RJL |

## MOTION TO RELEASE NONCONFIDENTIAL PORTIONS OF SEALED TRIAL TRANSCRIPTS

The United States respectfully requests that the Court unseal all remaining portions of the trial transcript that do not contain confidential information.[1] The hundreds of pages of sealed trial transcripts include many of the Court's rulings on evidentiary issues, colloquies between the Court and counsel, argument and rulings on legal motions, and other matters. After review, the United States has determined that approximately 660 pages of sealed trial transcripts contain no confidential information and accordingly should be released to the public.[2]

As the Court knows, the public has both a First Amendment and common law right of access to judicial records. *See United States v. El-Sayegh*, 131 F.3d 158, 160–61 (D.C. Cir. 1997); *Wash. Legal Found. v. U.S. Sentencing Comm'n*, 89 F.3d 897, 902 (D.C. Cir. 1996).

---

[1] Plaintiff met and conferred with counsel for Defendants by email, including providing a draft of the list of page and line citations to material that should remain confidential. Defendants indicated that they do not join in this motion and will respond.

[2] The Court's Amended Protective Order contemplated "further orders of the Court" to address treatment of confidential information. Dkt. # 58 ¶ F.3.

– 2 –

Those rights extend to civil matters. *See In re Fort Totten Metrorail Cases*, 960 F. Supp. 2d 2 (D.D.C. 2013) (common law right); *In re Guantanamo Bay Detainee Litig.*, 630 F. Supp. 2d 1 (D.D.C. 2009) (First Amendment right).

On June 6, 2018, the United States requested permission to access transcripts of the Court's sealed bench conferences so the parties could identify and redact confidential information before those transcripts were made publicly available. On June 7, the Court directed the release of such transcripts to the parties' counsel of record, but otherwise the transcripts were to remain under seal until further order from the Court. The United States has since reviewed the full trial transcript for confidential information, including all bench conferences, the telephone conference held on April 20, as well as the closed hearings held on the morning of March 27 and the afternoon of April 9.

The attached proposed order lists those portions of the transcript that the United States has determined *do* contain confidential information (including all of the testimony taken in closed session after a determination by the Court) and thus should remain under seal. The United States requests that the Court now release all other portions of the trial transcript, i.e., release all portions containing only non-confidential information.

Dated:  June 22, 2018

 /s/  Craig Conrath
Craig Conrath
Nathan Brenner
U.S. Department of Justice
Antitrust Division
Washington, DC 20530
Telephone:  (202) 514-5621
Craig.Conrath@usdoj.gov

*Counsel for Plaintiff United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2018, I caused a true and correct copy of the foregoing document and its exhibits to be served upon the parties of record via ECF.

    /s/  Craig Conrath
Craig Conrath
U.S. Department of Justice
Antitrust Division
Telecommunications and Broadband Section
Washington, DC 20530
Telephone:  (202) 514-5621
Craig.Conrath@usdoj.gov

*Counsel for Plaintiff United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff,*<br><br>v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,<br><br>      *Defendants.* | Case No. 1:17-cv-02511-RJL |

## ORDER

Upon the request of the United States that the Court unseal all remaining portions of the trial transcript that do not contain confidential information, it is hereby **ORDERED** as follows:

1) The below list of trial transcript excerpts contain confidential information and thus the Court **DIRECTS** that they shall remain **UNDER SEAL**:

- Tr. 98:23–101:3
- Tr. 281:17–297:21
- Tr. 305:3–330:25
- Tr. 389:16–392:15
- Tr. 431:12–432:19
- Tr. 438:21–440:3
- Tr. 737:14–753:17
- Tr. 876:22–881:1
- Tr. 902:1–970:21
- Tr. 1035:20–1037:10
- Tr. 1147:20–1149:18
- Tr. 1210:6–1227:24
- Tr. 1228:16–1238:18
- Tr. 1255:11–1258:7
- Tr. 1263:8–1268:25
- Tr. 1333:17–1336:3
- Tr. 1346:20–1347:1
- Tr. 1362:3–1363:20

- Tr. 1596:7–1597:3
- Tr. 1878:22–1896:12
- Tr. 1903:1–1957:16
- Tr. 1975:12–1978:9
- Tr. 2001:11–2004:2
- Tr. 2023:17–2072:24
- Tr. 2286:20–23
- Tr. 2410:19–2411:1
- Tr. 2661:20–2663:11
- Tr. 2797:9–2799:2
- Tr. 2805:7–2807:1
- Tr. 2842:25–2851:8
- Tr. 2900:18–2904:4
- Tr. 2918:24–2919:13
- Tr. 2924:11–25
- Tr. 2937:9–2938:23
- Tr. 2944:6–2945:10
- Tr. 2973:12–2974:7
- Tr. 2982:4–2995:12
- Tr. 3007:3–21
- Tr. 3280:1–3289:12
- Tr. 3318:1–3323:7
- Tr. 3351:5–3354:19
- Tr. 3360:5–3368:5

2) The Court **DIRECTS** that all other portions of the trial transcript shall be **UNSEALED**.

**SO ORDERED**, this ____ day of _____, 2018.

_____
HON. RICHARD J. LEON
United States District Judge