**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     ) | |
| *Plaintiff*,     ) | |
|     ) | |
| v.     ) | Case Number 1:17-cv-02511-RJL |
|     ) | |
| AT&T INC., DIRECTV GROUP HOLDINGS,     ) | |
| LLC, and TIME WARNER INC.,     ) | |
|     ) | |
| *Defendants*.     ) | |
|     ) | |

## DEFENDANTS' RESPONSE TO THE UNITED STATES' MOTION TO RELEASE NONCONFIDENTIAL PORTIONS OF SEALED TRIAL TRANSCRIPTS

Defendants submit this response to the government's motion to unseal the transcripts of bench conferences conducted at trial, except for those portions designated by the government to remain under seal.  Defendants have no objection to all bench conferences remaining under seal and respectfully defer to the Court on whether to grant the government's request.

However, if the Court is inclined to grant the motion, Defendants submit the Court should maintain under seal not just those bench conference proceedings designated in the government's motion, but additional proceedings that defendants believe should remain sealed.  To that end, Defendants have identified below the transcript portions requested by both the government and Defendants to remain under seal; those requested by Defendants are marked with an asterisk.

Tr. 98:23–101:3

Tr. 281:17–297:21

Tr. 305:3–330:25

Tr. 389:16–392:15

Tr. 431:12–432:19

Tr. 438:21–440:3

Tr. 737:14–753:17

Tr. 876:22–881:1

Tr. 901:23–970:25*[1]

Tr. 1035:20–1037:10

Tr. 1147:20–1149:18

Tr. 1210:6–1227:24

Tr. 1228:16–1238:18

Tr. 1255:11–1258:7

Tr. 1263:8–1268:25

Tr. 1333:17–1336:3

Tr. 1346:20–1347:1

Tr. 1362:3–1363:20

Tr. 1431:21–1436:10*

Tr. 1441:6–22*

Tr. 1542:17–1557:5*

Tr. 1558:3–1559:19*

Tr. 1566:11–1569:23*

Tr. 1571:11–1575:22*

Tr. 1591:2–1596:6*

Tr. 1596:7–1597:3

Tr. 1600:17–1602:25*

Tr. 1878:22–1896:12

Tr. 1903:1–1957:16

---

[1] The Government contends that testimony from closed courtroom sessions should remain sealed.  Defendants agree and further request that the closed courtroom sessions from March 29, 2018 and April 10, 2018 identified herein remain sealed in their entirety.

Tr. 1975:12–1978:9

Tr. 2001:11–2004:2

Tr. 2008:9–2011:6*

Tr. 2023:13–2049:25*

Tr. 2055:1–2154:25*

Tr. 2587:10–2598:8*

Tr. 2602:12–2604:8*

Tr. 2661:20–2663:11

Tr. 2797:9–2799:2

Tr. 2805:7–2807:1

Tr. 2842:25–2851:8

Tr. 2900:18–2904:4

Tr. 2918:24–2919:13

Tr. 2924:11–25

Tr. 2937:9–2938:23

Tr. 2944:6–2945:10

Tr. 2973:12–2974:7

Tr. 3007:3–21

Tr. 3033:2–5*

Tr. 3280:1–3289:12

Tr. 3318:1–3323:7

Tr. 3351:5–3354:19

Tr. 3360:5–3368:5

Tr. 3815:24–3816:3*

June 5, 2018 Teleconference Transcript*

Date: June 25, 2018

Respectfully submitted,

By: /s/ Daniel M. Petrocelli

Daniel M. Petrocelli (*pro hac vice*)
dpetrocelli@omm.com
M. Randall Oppenheimer (*pro hac vice*)
roppenheimer@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

By: /s/ Katrina M. Robson

Katrina M. Robson (D.C. Bar No. 989341)
krobson@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for AT&T Inc., DIRECTV Group Holdings, LLC, and Time Warner Inc.*

Peter T. Barbur (pro hac vice)
pbarbur@cravath.com
Kevin J. Orsini (pro hac vice)
korsini@cravath.com
Margaret Segall D'Amico (pro hac vice)
mdamico@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 8th Avenue
New York, NY 10019
Telephone: (212) 474-1140
Facsimile: (212) 474-3700

*Counsel for Time Warner Inc.*

Robert C. Walters (*pro hac vice*)
rwalters@gibsondunn.com
Michael L. Raiff (*pro hac vice*)
mraiff@gibsondunn.com
**GIBSON DUNN & CRUTCHER**
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201
Telephone: (214) 698-3114
Facsimile: (214) 571-2932

*Counsel for AT&T Inc. and DIRECTV Group
Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 25, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff*,<br><br>     v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS,<br>LLC, and TIME WARNER INC.,<br><br>          *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case Number 1:17-cv-02511-RJL<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ORDER</u>

It is hereby **ORDERED** that the trial transcript excerpts listed below contain confidential

information and thus shall remain **UNDER SEAL**:

Tr. 98:23–101:3

Tr. 281:17–297:21

Tr. 305:3–330:25

Tr. 389:16–392:15

Tr. 431:12–432:19

Tr. 438:21–440:3

Tr. 737:14–753:17

Tr. 876:22–881:1

Tr. 901:23–970:25*[1]

Tr. 1035:20–1037:10

Tr. 1147:20–1149:18

---

[1] The Government contends that testimony from closed courtroom sessions should remain sealed.  Defendants agree and further request that the closed courtroom sessions from March 29, 2018 and April 10, 2018 identified herein remain sealed in their entirety.

Tr. 1210:6–1227:24

Tr. 1228:16–1238:18

Tr. 1255:11–1258:7

Tr. 1263:8–1268:25

Tr. 1333:17–1336:3

Tr. 1346:20–1347:1

Tr. 1362:3–1363:20

Tr. 1431:21–1436:10*

Tr. 1441:6–22*

Tr. 1542:17–1557:5*

Tr. 1558:3–1559:19*

Tr. 1566:11–1569:23*

Tr. 1571:11–1575:22*

Tr. 1591:2–1596:6*

Tr. 1596:7–1597:3

Tr. 1600:17–1602:25*

Tr. 1878:22–1896:12

Tr. 1903:1–1957:16

Tr. 1975:12–1978:9

Tr. 2001:11–2004:2

Tr. 2008:9–2011:6*

Tr. 2023:13–2049:25*

Tr. 2055:1–2154:25*

Tr. 2587:10–2598:8*

Tr. 2602:12–2604:8*

Tr. 2661:20–2663:11

Tr. 2797:9–2799:2

Tr. 2805:7–2807:1

Tr. 2842:25–2851:8

Tr. 2900:18–2904:4

Tr. 2918:24–2919:13

Tr. 2924:11–25

Tr. 2937:9–2938:23

Tr. 2944:6–2945:10

Tr. 2973:12–2974:7

Tr. 3007:3–21

Tr. 3033:2–5*

Tr. 3280:1–3289:12

Tr. 3318:1–3323:7

Tr. 3351:5–3354:19

Tr. 3360:5–3368:5

Tr. 3815:24–3816:3*

June 5, 2018 Teleconference Transcript*


It is further **ORDERED** that all other portions of the trial transcript shall be

**UNSEALED**.


**SO ORDERED**, this ____ day of _____, 2018.



_____
HON. RICHARD J. LEON
United States District Judge