UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC., <br><br> *Defendants*. | Case Number 1:17-cv-02511-RJL |

### DEFENDANTS' SURREPLY TO THE UNITED STATES' REPLY TO RELEASE NONCONFIDENTIAL PORTIONS OF SEALED TRIAL TRANSCRIPTS

Defendants disagree with the government's assertion that Defendants designated transcript pages that are not confidential. Defendants added approximately 70 pages of bench conference transcripts to the government's initial designation of over 400 pages of testimony and bench conferences. Defendants' additional designations cover various issues involving confidential information.

Defendants set forth below a slightly revised list of both sides' proposed confidential transcript designations; it corrects certain page citations and adds designations inadvertently omitted from the initial list. The asterisks denote Defendants' designations.

Defendants submit this revised list for the Court's consideration in the event the Court is inclined to grant the government's motion. Defendants reiterate they have no objection to all bench conferences and closed-session testimony remaining confidential under seal.

1

Tr. 98:23–101:3

Tr. 281:17–297:21

Tr. 305:3–330:25

Tr. 389:16–392:15

Tr. 431:12–432:19

Tr. 438:21–440:3

Tr. 737:14–753:17

Tr. 876:22–881:1

Tr. 901:23–970:25*[1]

Tr. 1035:20–1037:10

Tr. 1147:20–1149:18

Tr. 1210:6–1227:24

Tr. 1228:16–1238:18

Tr. 1255:11–1258:7

Tr. 1263:8–1268:25

Tr. 1333:17–1336:3

Tr. 1346:20–1347:1

Tr. 1362:3–1363:20

Tr. 1431:20–1437:23*

Tr. 1441:6–22*

Tr. 1542:18–1557:5*

Tr. 1558:3–1559:19*

Tr. 1566:11–1569:23*

Tr. 1571:11–1575:22*

Tr. 1591:2–1596:6*

Tr. 1596:7–1597:3

---

[1] The government originally designated this 69-page confidential closed session. Defendants added six lines.

Tr. 1600:17–1602:25*

Tr. 1878:22–1896:12

Tr. 1903:1–1957:16

Tr. 1975:12–1978:9

Tr. 2001:11–2004:2

Tr. 2008:9–2011:6*

Tr. 2023:17–2072:24

Tr. 2141:10–2146:22*

Tr. 2286:20–23

Tr. 2410:19–2411:1

Tr. 2587:10–2598:8*

Tr. 2602:11–2604:8*

Tr. 2661:20–2663:11

Tr. 2797:9–2799:2

Tr. 2805:7–2807:1

Tr. 2842:25–2851:8

Tr. 2900:18–2904:4

Tr. 2918:24–2919:13

Tr. 2924:11–25

Tr. 2937:9–2938:23

Tr. 2944:6–2945:10

Tr. 2973:12–2974:7

Tr. 2982:4–2995:12

Tr. 3007:3–21

Tr. 3033:2–5*

Tr. 3280:1–3289:12

Tr. 3318:1–3323:7

Tr. 3351:5–3354:19

Tr. 3360:5–3368:5

Tr. 3815:24–3816:3

June 5, 2018 Teleconference Transcript*

Date: June 26, 2018                     Respectfully submitted,

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli (*pro hac vice*)
dpetrocelli@omm.com
M. Randall Oppenheimer (*pro hac vice*)
roppenheimer@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

By: /s/ Katrina M. Robson
Katrina M. Robson (D.C. Bar No. 989341)
krobson@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for AT&T Inc., DIRECTV Group Holdings, LLC, and Time Warner Inc.*

Peter T. Barbur (pro hac vice)
pbarbur@cravath.com
Kevin J. Orsini (pro hac vice)
korsini@cravath.com
Margaret Segall D'Amico (pro hac vice)
mdamico@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 8th Avenue
New York, NY 10019
Telephone: (212) 474-1140
Facsimile: (212) 474-3700

*Counsel for Time Warner Inc.*

Robert C. Walters (*pro hac vice*)
rwalters@gibsondunn.com
Michael L. Raiff (*pro hac vice*)
mraiff@gibsondunn.com
**GIBSON DUNN & CRUTCHER**
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201
Telephone: (214) 698-3114
Facsimile: (214) 571-2932

*Counsel for AT&T Inc. and DIRECTV Group Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 26, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,<br><br>*Defendants*. | Case Number 1:17-cv-02511-RJL |

**CORRECTED [PROPOSED] ORDER**

It is hereby **ORDERED** that the trial transcript excerpts listed below contain confidential information and thus shall remain **UNDER SEAL**:

Tr. 98:23–101:3

Tr. 281:17–297:21

Tr. 305:3–330:25

Tr. 389:16–392:15

Tr. 431:12–432:19

Tr. 438:21–440:3

Tr. 737:14–753:17

Tr. 876:22–881:1

Tr. 901:23–970:25*[1]

Tr. 1035:20–1037:10

Tr. 1147:20–1149:18

Tr. 1210:6–1227:24

---

[1] The government originally designated this 69-page confidential closed session. Defendants added six lines.

Tr. 1228:16–1238:18

Tr. 1255:11–1258:7

Tr. 1263:8–1268:25

Tr. 1333:17–1336:3

Tr. 1346:20–1347:1

Tr. 1362:3–1363:20

Tr. 1431:20–1437:23*

Tr. 1441:6–22*

Tr. 1542:18–1557:5*

Tr. 1558:3–1559:19*

Tr. 1566:11–1569:23*

Tr. 1571:11–1575:22*

Tr. 1591:2–1596:6*

Tr. 1596:7–1597:3

Tr. 1600:17–1602:25*

Tr. 1878:22–1896:12

Tr. 1903:1–1957:16

Tr. 1975:12–1978:9

Tr. 2001:11–2004:2

Tr. 2008:9–2011:6*

Tr. 2023:17–2072:24

Tr. 2141:10–2146:22*

Tr. 2286:20–23

Tr. 2410:19–2411:1

Tr. 2587:10–2598:8*

Tr. 2602:11–2604:8*

Tr. 2661:20–2663:11

Tr. 2797:9–2799:2

Tr. 2805:7–2807:1

Tr. 2842:25–2851:8

Tr. 2900:18–2904:4

Tr. 2918:24–2919:13

Tr. 2924:11–25

Tr. 2937:9–2938:23

Tr. 2944:6–2945:10

Tr. 2973:12–2974:7

Tr. 2982:4–2995:12

Tr. 3007:3–21

Tr. 3033:2–5*

Tr. 3280:1–3289:12

Tr. 3318:1–3323:7

Tr. 3351:5–3354:19

Tr. 3360:5–3368:5

Tr. 3815:24–3816:3

June 5, 2018 Teleconference Transcript*

It is further **ORDERED** that all other portions of the trial transcript shall be **UNSEALED**.

**SO ORDERED**, this \_\_\_\_ day of _____, 2018.

_____
HON. RICHARD J. LEON
United States District Judge