# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,<br><br>*Defendants*. | Case No. 1:17-cv-02511-RJL |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered in this action on June 12, 2018.

Dated: July 12, 2018
Respectfully submitted,

/s/ Craig Conrath

Craig Conrath
U.S. Dept. of Justice, Antitrust Division
450 Fifth Street, NW, Suite 7000
Washington, DC 20530
Phone: (202) 514-5621
Email: craig.conrath@usdoj.gov

Attorney for United States of America

## CERTIFICATE OF SERVICE

  I hereby certify that on July 12, 2018, I caused a true and correct copy of the foregoing document to be served upon the parties of record via the Court's CM/ECF system.

Dated: July 12, 2018             /s/ Craig Conrath

                      Craig Conrath
                      U.S. Dept. of Justice, Antitrust Division
                      450 Fifth Street, NW, Suite 7000
                      Washington, DC 20530
                      Phone: (202) 514-5621
                      Email: craig.conrath@usdoj.gov

                      Attorney for United States of America