UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            *Plaintiff,*<br><br>v.<br><br>AT&T INC., DIRECTV GROUP HOLDINGS, LLC, and TIME WARNER INC.,<br><br>            *Defendants.* | Case No. 1:17-cv-02511-RJL |

# THE UNITED STATES' NOTICE OF TRANSCRIPT ORDER

Pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure, attached as Exhibit A please find the United States' written confirmation that it has ordered all trial transcripts in this case. Transcripts of the relevant pre-trial hearings are already on file.

Dated: July 26, 2018

/s/ Craig Conrath
Craig Conrath
Antitrust Division
450 Fifth St. NW, Suite 7000
Washington, DC 20530
Telephone: (202) 532-4560
craig.conrath@usdoj.gov

*Counsel for Plaintiff United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, I caused a true and correct copy of the foregoing document to be served upon the parties of record via the CM/ECF system.

 /s/ Craig Conrath
Craig Conrath
U.S. Department of Justice
Antitrust Division
450 Fifth St. NW, Suite 7000
Washington, DC 20530
Telephone: (202) 532-4560
craig.conrath@usdoj.gov

*Counsel for Plaintiff United States of America*

# EXHIBIT A



**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W., Suite 7000*
*Washington, DC 20001*

July 26, 2018

Mr. William P. Zaremba
Court Reporter to the Honorable Richard J. Leon
E. Barrett Prettyman United States Courthouse
333 Constitution Ave. NW
Washington, DC 20001

     Re:   *United States v AT&T Inc., No. 1:17-cv-02511-RJL (D.D.C.)*

Dear Mr. Zaremba,

     I am writing to confirm that the United States has ordered, and received, the transcripts of the trial proceedings held between March 19, 2018 and April 30, 2018, including the evidentiary hearing held on April 20, 2018, as well as the proceedings held on June 12, 2018, before the Honorable Richard J. Leon of the U.S. District Court for the District of Columbia, in *United States v. AT&T Inc. et al*, No. 1:17-cv-2511.

                                   Respectfully submitted,

                                     /s/ Craig Conrath
                                   Antitrust Division
                                   450 Fifth St. NW, Suite 7000
                                   Washington, DC 20530
                                   Telephone: (202) 532-4560
                                   craig.conrath@usdoj.gov

                                   *Counsel for Plaintiff United States of America*