# United States Court of Appeals
### For The District of Columbia Circuit

**No. 18-5214**            **September Term, 2017**

**1:17-cv-02511-RJL**

**Filed On:** August 3, 2018

United States of America,

      Appellant

   v.

AT&T, Inc., et al.,

      Appellees

      **BEFORE:**    Srinivasan, Millett, and Pillard, Circuit Judges

### O R D E R

Upon consideration of appellant's motion to unseal bench conference transcripts, the response in support thereof, the reply, which includes a request for an order permitting the government to release to the public unsealed portions of the trial transcripts, and appellant's letter indicating that appellees do not oppose that request; and the motion to participate as amicus curiae and the lodged letter supporting the motion to unseal, it is

**ORDERED** that the motion to participate as amicus curiae as to the motion to unseal be granted. The Clerk is directed to file the lodged letter. It is

**FURTHER ORDERED** that the motion to unseal, which includes a request for an order permitting the government to release to the public unsealed portions of the trial transcripts, be dismissed as moot in part and granted in part. On July 31, 2018, the district court issued an order unsealing all but 50 excerpts of the transcripts, and appellant represents that it does not take issue with the district court's designation of the transcript excerpts remaining under seal. Therefore, appellant's request to unseal all nonconfidential portions of the trial transcripts is dismissed as moot.

Appellant's request for an order from this court permitting it to release to the public unsealed portions of the trial transcripts is granted. Appellees do not oppose this request. Appellant is directed to submit the redacted transcripts to the Clerk of the District Court for public release on the district court's docket in No. 1:17-cv-02511,

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 18-5214**  **September Term, 2017**

subject to the condition that appellees agree that the redacted transcripts are consistent with the district court's July 31, 2018 unsealing order.  The Clerk of the District Court is directed to release the redacted transcripts upon receipt through the district court's docket in No. 1:17-cv-02511.

      The Clerk of this court is directed to transmit a copy of this order to the district court.

### Per Curiam

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:    /s/
           Amanda Himes
           Deputy Clerk