# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-5214**  **September Term, 2018**

1:17-cv-02511-RJL

Filed On: April 24, 2019 [1784410]

United States of America,

    Appellant

  v.

AT&T, Inc., et al.,

    Appellees

### M A N D A T E

In accordance with the judgment of February 26, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Ken R. Meadows
      Deputy Clerk

Link to the judgment filed February 26, 2019

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-5214**                                       **September Term, 2018**
                                                     FILED ON: FEBRUARY 26, 2019

UNITED STATES OF AMERICA,
        APPELLANT

v.

AT&T, INC., ET AL.,
        APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-02511)

---

Before: ROGERS and WILKINS, *Circuit Judges*, and SENTELLE, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

BY:    /s/

        Ken Meadows
        Deputy Clerk

Date: February 26, 2019

Opinion for the court filed by Circuit Judge Rogers.